# Proposed Order Requesting Medical Benefits From MHS

Willie Lee HavMmeri,
Plaintiff
vs.
Methodist Health Systems,
Defendant

Case No. 3:22-cv-00594-E-BT

Disclaimer:  The arguments stated below are made without the services of a competent legal professional and I reserve the right to revise and or further detail at a later time.

I, Willie Lee HavMmeri, having my employment terminated wrongfully due to retaliation, request that the U.S. District Courts grant me an Order for Methodist Health System to provide myself and my family with continued health insurance while this matter is further prolonged in the judicial process.

As a matter of child custody with regards to the 255th Family Courts of Dallas County, I am and have been since my termination in violation of my child support order to pay the medical expenses of my child who does not live with me.  This violation has resulted in me being in Contempt of Court for failure to pay Child Support (also stemming from my wrongful termination) as well as failure to provide Medical Insurance (as ordered by Family Court Judge Kim Cooks).

Without this medical coverage, I am at risk of being detained and subsequently jailed for an extended period of time.  Furthermore, the child most effected by my loss of employment and medical insurance has had 6 seizures this past year and neither I nor his mother have been in position to get him the quality of care that he needs.

This has further effected my parent/child relationship as well as my ability to co-parent with the mother in question.  (See, damages sought "mental anguish/pain and suffering")

I would like the Court to order MHS to provide me with the means or ability to provide my child, family and self with health insurance for the mental and physical ailments that we have suffered from as a result of this wrongful termination, due to retaliation.

If MHS objects to this order, pleas tell MHS Legal to provide such objections in a reasonable time period for this order to be considered, granted or denied.

If the Judge needs me to send in evidence of my court order and proof of Contempt, it can and will be provided

Respectfully submitted, November 1st 2022

By: _____/s/ Willie HavMmeri_____

Willie Lee HavMmeri, self-represented "Pro se"
godcolored@gmail.com
(214) 600-6207