# EXHIBIT 1



# Fax Cover Sheet

Date: 10/8/20

Number of pages: 4 (including cover page)

**To:**
Name: CRT 14 Supervisor
Company: EEOC Dallas
Telephone: 214-253-2730
Fax:

**From:**
Name: Willie Harris
Company:
Telephone: 214-600-6287
Comments: Please file this form 5. If you have any questions please call w. Harris @ 469-600-6287. E-mail: williwleeharris@gmail.com

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 450-2020-06863 |

Texas Workforce Commission, Civil Rights Division                                            and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Willie Lee Harris | 214 600 6207 | 04/27/80 |

| Street Address | City, State and ZIP Code |
|---|---|
| 716 Saddlebrook Dr. | Desoto, TX 75115 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Dallas Methodist Hospital** | 2000+ | |
| Street Address | City, State and ZIP Code | |
| **1441 North Beckley Ave** | **Dallas, TX 75203** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/1/2014      Latest: 04/10/2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See Attached.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/28/20
*Date*       *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

9/28/20 [signature] | Willie Lee Harris

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:  Agency(ies) Charge No(s):
☐ FEPA
☒ EEOC

**Texas Commission On Human Relations** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

1. My name is Willie L Harris. I was hired by The Methodist Hospital as a Non-Invasive Technician in the Cardiology Department and began work on October 1, 2014. During this time, I proved myself to be a dedicated employee with no disciplinary actions brought against me or performance issues raised with me.

2. During the time I was employed at The Methodist, I was subjected to persistent harassment based on my race and gender. For example, I was targeted and subjected to substantial discrimination by a specific group of women, who are all acquainted with each other. This included my immediate director, Renee Pegram, my colleague Natasha Johnson, and an HR Manager called Val Marks. For years I have been abused in the workplace. I was shouted at and called "lazy nigga" and other slurs. Because I did not react to their verbal harassment, my co-workers started spreading rumors about me, these rumors included, but was not limited to, that I was lazy, weak, effeminate for complaining, routinely left the hospital to go home during shifts and hated my job. None of these individuals have ever been reprimanded or otherwise disciplined for their unprofessional conduct.

3. The most recent incident occurred on March 10, 2020. Ms. Pegram had recently hired a personal friend, Natasha, as a third worker with undefined job duties to supplement the two-member team in the EKG department where I worked. On March 10, I arrived at work to find Natasha sitting at my workstation. When I asked when I could use my workstation, Natasha became irritated and started screaming and cursing at me. I tried to deescalate the situation and it seemed to be diffused. However, at the end of my shift Natasha brought the dispute up again, blaming me and telling me that I had "acted like a female". Natasha also mocked my manner of speaking, pretending to imitate me using a high-pitched voice and impersonating my delivery and speaking in a nasally effeminate way when recalling the prior conversation.

4. On March 17, 2020 I made a formal report of this incident to my direct supervisor Ms. Pegram via email. Shortly after this email, Ms. Pegram confirmed that she would follow up with Human Resources and her immediate supervisor, Arturo Herrera, Vice President of Operations. However, it does not appear that Ms. Pegram did so. Instead, Ms. Pegram repeatedly tried to get me to drop my complaint, wanting it to be handled without involving HR nor her immediate supervisor.

5. On March 24, 2020, fearing that my grievance had not been submitted to HR at all, and knowing of no other options since I had already send a formal grievance of the incident to my direct supervisor, I decided to go to HR directly. There I spoke with Paul Aguilar, the person responsible for the Cardiology department in Human Resources. He informed me that there was no grievance on record. During this discussion with Mr. Aguilar, I told him that I was afraid of losing my job due to this discrimination and because I made a grievance and reported the discrimination. I told him that I could not afford to be unemployed and that I would be open to discuss any reasonable accommodation.

6. On April 7, 2020, my direct supervisor Ms. Pegram phoned me and told me that "Human Resources was ready for me" and that I needed to attend a meeting with HR. When I arrived at the meeting I was met by Mr. Aguilar and Mr. Aguilar's immediate supervisor Ms. Val Marks. I requested that Mr. Herrera, Ms. Pegram's supervisor also attend the meeting, but my request was denied. Ms. Marks assured me that they would investigate my allegations of gender discrimination and bias, along with frustrations of multiple workers in the department with undefined roles.

7. Finally, on April 10, 2020, I was again asked to attend a meeting with HR regarding the "conclusion of my grievances". When I arrived at the meeting, I quickly realized that this was not a meeting to discuss my grievances, but instead was a meeting to terminate my employment. I was met only by Ms. Marks, who informed me that my complaint was deemed inconclusive because Ms. Johnson had denied making the comments I had reported. It became clear that Ms. Marks had spent the past several days, not actually investigating my complaint but instead, looking for a pretext to fire me. Ms. Mark said that she, during her "investigation", had come upon information resulting in my immediate termination.

8. First, she said that I had left the hospital while on duty and as evidence she showed me a social media post allegedly made by me during one of my shifts. The post showed a picture of me at my house, which purportedly proved that I had left the hospital during one of my shifts. However, I easily refuted this by showing Ms. Marks the same photo on my phone, with the timestamp data showing that the photo was taken while I was off duty. I simply posted it online while I was at the hospital.

9. Next, Ms. Marks raised the issue that I had been going to the onsite in-hospital gym during my work hours. Again, I disputed this, stating that although I frequented the gym, I only did so during designated break time or at the start and end of my shift. I also confirmed that I always carried my pager and Cardiology Department assigned phone and that I had never missed a procedure (even though I was never relieved of my work responsibilities even during his lunch breaks). I also pointed out that it was common knowledge and that everyone had known that I frequented the gym, including my direct supervisors, and that it had never even been mentioned to me as a problem. I received no warnings, no writes nor any verbal coaching on the matter. Nevertheless, Ms. Marks continued to terminate me from my position. She handed me previously typed up paperwork, terminating me for the reasons of leaving the campus during my shift and going to the gym during my shift, although these claims were not true.

10. After Ms. Marks handed me my termination paperwork, I asked her: "If I never complained about gender discrimination, would I still have my job?" Ms. Marks answered back yes.

11. I believe I was treated unfairly. I was discriminated against and subjected to a hostile work environment because I am an African American male, and I was terminated in a clear-cut case of retaliation.

12. I have not attempted to list every act of detail in this charge.

13. I expressly state that I want this filed with both the EEOC and the State or Local Agency.

14. I have been discriminated against because of race, sex (being male) and subjected to retaliatory, harassing, intimidating, hostile work environment contrary to the requirements of Title VII of the Civil Rights Act of 1964 as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>9/28/20<br>Date        Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
|---|---|