IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIE LEE HAVMMERI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00594-E-BT |
| | § | |
| **METHODIST HEALTH SYSTEMS, DALLAS,** | § § | |
| | § | |
| **Defendant.** | § | |

## Order for Back Pay and Continued Salary

Based on the irrefutable evidence the Plaintiff provided regarding the allegations listed on the Termination Letter and Defendant's Company Policy on how such matters are investigated (Doc. 24, Exhibit 2), The Court has considered Plaintiff's Motion For Back Pay and Continued Salary (Docs. 24, 28, 29 & 34), together with any responses or replies thereto, and is otherwise fully advised. The Court finds that the Motion is well taken for each of the reasons set forth therein and should be and hereby is GRANTED. It is therefore

ORDERED the Defendant must pay $115,200.00 in back salary and a continued $3,600 in monthly salary until this matter has reached a conclusion by settlement or trial.  These amounts, aforementioned, can and will be deducted from total damages sought for the claims of Discrimination & Retaliation.  The Defendant has 14 days after the signing of this Order to contact the Plaintiff and comply.

SO ORDERED.

SIGNED this _____ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE