# Motion of Summary Judgment Support Document

Willie Lee HavMmeri,
Plaintiff
vs.
Methodist Health Systems,
Defendant

Case No. 3:22-cv-00594-E-BT

The Motion for Summary Judgement is FAIR, LEGALLY SOUND & JUST.  (Document 35)

## Statement 1:

**I maintain that my employment was terminated using false claims of time theft.**

(I have provided the evidence that the claims of time theft were worth further investigating, at the minimum.)

## Statement 2:

**I maintain, and will prepare to prove in a court of law, that this termination of employment using false claims occurred to cover up a Formal Complaint made by myself as the Plaintiff, the terminated employee.**

This statement is the Summary of my Amended Complaint (Doc. 24).

## Summary Judgment establishes a foundational level of Fact for this case.

Statement 1 is the subject of the Motion for Summary Judgement and must be refuted by MHS in order for this Order to be DENIED.

Statement 2 is what we are set to argue in court under the Amended Complaint charging MHS with Wrongful Termination, due to Discrimination & Retaliation.

## Rule 56. Motion for Summary Judgement or Partial Summary Judgement

- Rule 56(b) – **Time to File a Motion**.  Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgement at any time until 30 days after the close of all discovery.
- Rule 56(e) – **Failing to Properly Support or Address a Fact**. If a party fails to properly support an assertion of fact as required by Rule 56(c), the court may:
(3) grant summary judgment if the motion and supporting materials – including the facts considered undisputed – show that the movant is entitled to it;

## Conclusion

According to Rule 56 of the Federal Rules of Civil Procedure, I am well within my rights to request an Order of Summary Judgment *at any time* until 30 days after discovery.  This Rule also states that

failure to address a Fact can lead to the granting of summary judgement.  MHS has yet to provide any position on whether they refute the evidence I have provided in The Motion For Summary Judgment (Doc. 35, Exhibit 1).

If the MHS position regarding my proposed orders is "We haven't reached Discovery yet!", then I would like to state that I welcome the beginning of Discovery.  MHS can feel free to provide a position on anything that I have stated so far during this case for Discrimination & Retaliation.

By this Rule 56 of the Federal Rules of Civil Procedure, regardless of the timing that MHS prefers to give a position, if they can not refute the Facts that this Motion asserts then a Summary Judgment should be GRANTED.

5 Proposed Orders should be considered and granted in damages sought.

I thank the Courts for their consideration on these matters and I'm looking forward to Justice being administered.

Respectfully submitted, November 22th 2022

By: _____/s/ Willie HavMmeri_____

Willie Lee HavMmeri, self-represented "Pro se"
godcolored@gmail.com
(214) 600-6207