# Claims Requiring Relief before the U.S. DISCTRICT COURT

U.S. District Court
Northern District of Texas (Dallas)

Willie Lee HavMmeri,
Plaintiff
vs.
Methodist Health Systems,
Defendant

Case No. 3:22-cv-00594-E-BT

Assigned Judge:  Ada Brown
Magistrate Judge:  Rebecca Rutherford
Defendant's Legal Team:  Ogletree Law (Employment Law Firm – Dallas, Texas)
Cause: 42:1983 Civil Rights (Employment Discrimination)
Nature of Suit: 442 Civil Rights: Employment
Date Filed: 03/14/2022
Today's Date: 05/05/2023

## Overview

Below, I, Willie Lee HavMmeri (PLAINTIFF), shall present my FOUR (4) claims to which relief may be granted in my case against the Defendant in Court.  This Document is an addition to the Amended Complaint (Doc. 24).  These claims are accompanied by the relief sought for each.  The claims are in green font.

Should the Court require any further details for these CLAIMS TO WHICH RELIEF CAN BE GRANTED, I implore the Court to give me FURTHER INSTRUCTIONS.  Disclaimer, this is NOT a request for legal advice.  This is a sincere request for instruction, if further detail is needed.

My Four Claims are as follows:

Four Claims requiring Relief:

1. Claim One: I, Willie Lee HavMmeri (PLAINTIFF), CLAIM to have been WRONGFULLY TERMINATED via the NARRATIVE that I MANIPULATED FINANCIAL DOCUMENTS.  The Defendant did not "Suspend, Pending Investigation & Review" ("Company Policy" cited).  The Defendant did not inform me I was being investigated for stealing time prior to termination.  The Defendant ignored evidence to the contrary presented during termination.  Damages sought from this WRONGFUL TERMINATION are not to exceed $3,000,000.00 (Three Million Dollars)
2. Claim Two: I, Willie Lee HavMmeri (PLAINTIFF), CLAIM to have been subject to RETALIATION carried out by, and with the documented backing of the Company (DEFENDANT).  I FORMALLY COMPLAINED to the company March 17th 2020.  An investigation that led to my termination started March 29th 2020.  Presently (May 5th 2023), the Defendant STILL DENIES this RETALIATION TOOK PLACE (despite this FACT), on numerous records.  This demonstrates complicity.  Damages sought from this RETALIATION are not to exceed $1,000,000.00 (One Million Dollars)
3. Claim Three: I, Willie Lee HavMmeri (PLAINTIFF), CLAIM to have been the VICTIM of GENDER DISCRIMINATION in the forms of: HOURLY ALLOTMENT (31.5 hours), GENDER BIAS (preferential treatment based exclusively on GENDER) & HOW CONSEQUENCES WERE METED OUT (based exclusively on GENDER).  MY TERMINATION AND FULL-TIME HOURS SERVE AS SUFFICIENT PROOF of this CLAIM, with further evidence to be provided, if necessary.  Damages sought from this DISCRIMINATION are not to exceed $1,000,000.00 (One Million Dollars)
4. Claim Four: I, Willie Lee HavMmeri (PLAINTIFF), CLAIM to have suffered greatly due to my loss of income, and inability to be employed in my work field.  Damages sought for LOSS of WAGES/HEALTHBENEFITS/PANDEMIC RELIEF/401K to be deemed sufficient when calculated and audited.

I, Willie Lee HavMmeri, state that I AM ABLE TO PROVE all four CLAIMS requiring relief before the Court.

The Defendant must prepare to PROVE, before the Court, their innocence to ANY OR ALL FOUR CLAIMS LISTED ABOVE.

I, Willie Lee HavMmeri, am willing to concede ANY AND ALL MISCELLANEOUS RELIEF shall be deducted from total damages AWARDED VIA VERDICT.  This is acknowledging that any MISCELLANEOUS RELIEF shall be deducted from TOTAL DAMAGES AWARDED via the Defendant being found GUILTY (on ANY or ALL CLAIMS) in this U.S. DISTRICT COURT case.

## Conclusion

**My termination was WRONGFUL.  It was RETALIATION for questioning an unfair bias, due to GENDER.**

**I am more than a name in the PLAINTIFF section of documents.**

Apologies for my style and manner of writing.

Respectfully submitted,

May 5th, 2023

By: _____/s/ Willie HavMmeri_____

Willie Lee HavMmeri, self-represented "Pro se"
godcolored@gmail.com
(214) 600-6207