IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE LEE HAVMMERI, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-00594-E-BT |
| | § | |
| METHODIST HEALTH SYSTEM OF DALLAS, | § | |
| | § | |
|     Defendant. | § | |

# **ORDER**

Plaintiff Willie Lee HavMmeri has filed numerous motions, proposed orders, and 'letters' to the Court all seeking miscellaneous relief. According to the docket, the following submissions remain pending: (i) "Proposed Order Requiring Back Pay and Continued Pay" (ECF No. 28); (ii) "Proposed Order Granting Provisions to Secure Business Advisors/Counseling/Training" (ECF No. 29); and (iii) Motion for Miscellaneous Relief (ECF No. 63). In the first and last of these submissions, HavMmeri appears to ask the Court for an interlocutory award of damages, including back pay, medical benefits, and monthly wages. In his second submission, HavMmeri ask the Court to order Defendant to "provide [him] with the means of securing business advisors and business counseling so that [he] can be an effective entrepreneur." Mot. 1. However, HavMmeri has not directed the Court to any authority—and the Court is aware of none—supporting his assertion that such relief is permitted or contemplated under the Federal Rules of Civil Procedure or any substantive law under which he seeks to hold Defendant liable.

1

Additionally, the Court has issued Findings, Conclusions, and a Recommendation that the District Judge grant Defendant's motion to dismiss and dismiss all of HavMmeri's claims with prejudice. Accordingly, the Court DENIES HavMmeri's requests for miscellaneous relief (ECF No. 28, 29 & 63).

    SO ORDERED.

    June 16, 2023.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE