Willie Lee HavMmeri, Plaintiff
vs.
Methodist Health Systems, Defendant

# Fourth Request
# MOTION for Legal Assistance

Willie Lee HavMmeri, Plaintiff
vs.
Methodist Health Systems, Defendant

Case No. 3:22-cv-00594-E-BT

U.S. District Court Northern District of Texas (Dallas)

Assigned Judge: Ada Brown
Magistrate Judge: Rebecca Rutherford
Defendant's Legal Team: Ogletree Deakins Nash Smoak & Stewart PC
(Employment Law Firm – Dallas, Texas)
Cause: 42:1983 Civil Rights (Employment Discrimination)
Nature of Suit: 442 Civil Rights: Employment
Date Filed: 03/14/2022

Today's Date:  June 30, 2023

Greetings Judge Ada Brown

1.From the time I filed my case with the U.S. District Courts (Dallas) in March of 2022, I have been faced with the tremendous task of properly submitting well articulated and legally sound arguments while lacking any legal expertise.  My 3 previous request for legal representation has been denied by the Magistrate.

2.As my case moves towards dismissal, it is clear to anyone who reads my submissions that I can only lose this case because I lack the legal skills, not because the Defendant is not guilty of engaging in fraudulent activity.  I maintain my termination was WRONGFUL (manipulation of financial documents) due to RETALIATION (fired 24 days after engaging in protected activity) and GENDER DISCRIMINATION (seeking consequences for the actions of the opposite gender in my immediate work environment).

3.My very first submission before the court was my original complaint with "see more pages" while no additional pages were submitted.  Clearly, I was in over my head with even completing simple legal task.

Case No. 3:22-cv-00594-E-BT

U.S. District Court Northern District of Texas (Dallas)

Willie Lee HavMmeri, Plaintiff
vs.
Methodist Health Systems, Defendant

4.Furthermore, it became very evident that I would struggle with case law, statutes, citing claims (etc.) without the services of a legal professional.

5.I would like to remind the Court that I was fired for manipulation of financial documents (stealing time) and have had an extremely difficult time finding employment with such a deplorable designation from my previous employer.  Coming before the Court to clear my good name and reputation has been the goal from the beginning.  I would also like to remind the Court that the Defendant has provided no documents to date that corroborate their claims that I was terminated by justifiable means.

6.Despite feeling like I'm on the right side of the law in these matters, it's clear that I lack the legal expertise to stand opposite an entire law firm which specializes in employment law.

7.I have no income source.  I have no savings left.  I have no legal experience.  I'm missing critical steps in the legal process.  I need help in securing legal services.

8.I would like to ask the Courts, for the 4th time, to please provide me with a lawyer to argue the merits of my case.  My previous Motion for Summary Judgement was dismissed as "Premature" yet provided factual statements that were not and can not be refuted regarding the nature of my termination.

9.Dealing exclusively with the wrongful termination on the basis of Manipulation of Financial Documents which the Defendant still has not provided one document to the contrary, I would like for the U.S. District Court (Dallas) to either provide me with a competent legal team before dismissing my case *OR* provide me with a document ORDERING the Defendant to provide the financial incentive to which I can secure a lawyer.

10.In other words, please provide me with a lawyer or order the defendant to pay for the services of a lawyer, until this matter can be settled in court or through settlement conference.

I look forward to hearing from you and pray that justice prevails.

Thank you for your patience with me in regards to my limited legal knowledge and experience with addressing the Court.

Respectfully submitted,

By: _____/s/ Willie HavMmeri_____

Willie Lee HavMmeri, self-represented "Pro se"

godcolored@gmail.com  (214) 600-6207

Case No. 3:22-cv-00594-E-BT

U.S. District Court Northern District of Texas (Dallas)