# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**Plaintiff:** Willie Lee Hammeri

v.

**Defendant:** Methodist Health Systems

**Case Number:** 3:22-CV-00594-E-BT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 JUL -7 PM 4:36
DEPUTY CLERK MS

## Motion For Settlement Conference (cover sheet)

Greetings Judge Ada Brown.

I wished to submit my Motion for Settlement Conference document in person but as it is now 4:31pm, I'm a bit out of time with the Office of the Clerk (closes at 4:30pm).

Nonetheless, I'm happy to have made the trip today and get to witness the ACCESSIBILITY OF THE CLERK'S OFFICE (F.R.C.P. rule 6). The Clerk was able to answer my question and even provide with this cover sheet and an ink pen! Imagine that... an accessible office for filing at Deadline days. WH

*Attach additional pages as needed.

**Date:** 7/7/23

**Signature:** Willie Lee Hammeri

**Print Name:**

**Address:** 716 Saddlebrook Dr

**City, State, Zip:** Desoto TX 75115

**Telephone:** 214 600 6207

Main Document to be submitted this evening via ECF
WH