IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE LEE HAVMMERI,<br>　　　　Plaintiff,<br><br>v.<br><br>METHODIST HEALTH SYSTEM OF DALLAS,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:22-cv-00594-E-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 16, 2023. (ECF No. 73). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Plaintiff's claims against Defendant are dismissed with prejudice.

**SO ORDERED:** July 24, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE